JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

AARON D. WEGNER (ORBN 035354)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6831
   Facsimile: (415) 436-6982
   E-mail: aaron.wegner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR-09-00079-MHP |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 7, 2009 TO FEBRUARY 1, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| TOMAS CASTANEDA, ) | |
| Defendant. ) | |

    On December 7, 2009, the Court held a status conference in the above-captioned matter. At that time, based on the request of the parties, the Court ordered the Probation Department to prepare a Pre-Plea report and set the matter for a change of plea hearing on February 1, 2010.

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from December 7, 2009, through February 1, 2010.

    The parties agree, and the Court finds and holds, as follows:

    1.  The defendant agrees to an exclusion of time under the Speedy Trial Act from

December 7, 2009, through February 1, 2010, based upon the need for effective preparation of counsel and to provide the Probation Office with adequate time to prepare a Pre-Plea Report. The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to December 7, 2009, shall remain preserved.

  2. Counsel for the defense believes that the exclusion of time is in his client's best interest.

  3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 7, 2009, through February 1, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

  4. Accordingly, and with the consent of the defendant, the Court orders the period from December 7, 2009, through February 1, 2010, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:___12/10/09_____    _____/s/_____
              JOHN YZURDIAGA
              Attorney for Defendant

DATED:__12/10/09_____    _____/s/_____
              AARON D. WEGNER
              Assistant United States Attorney

IT IS SO ORDERED.

DATED:___11/16/2009_____    _____
              HON. MARILYN H. PATEL
              United States District Judge

IT IS SO ORDERED
/s/ Judge Marilyn H. Patel