```
 1  JOHN YZURDIAGA
    Attorney at Law
 2  State Bar No. 49031
    800 Wilshire Boulevard, Suite 1510
 3  Los Angeles, California  90017
    Telephone:  (213) 622-9262
 4  Facsimile:  (213) 622-0445
    Email:  johnxyz@sbcglobal.net
 5
    Attorney for Defendant
 6  TOMAS CASTANEDA
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:09-CR-00079-MHP |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING AND REGARDING EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT |
| v. | ) | |
| TOMAS CASTANEDA, | ) | Current Date: 02/01/2010 |
| Defendant. | ) | New Date: 03/08/2010 |

**FINDINGS OF FACT**

Upon consideration of the stipulation between defendant Tomas Castaneda and plaintiff United States of America, and for good cause shown, the Court finds that:

1. The parties agree to the continuance.
2. The additional time requested herein is not sought for purposes of delay.
3. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv).

//

1    For all of the above-stated reasons, the ends of justice would
2 be best served by a continuance of the change of plea hearing.

**CONCLUSIONS OF LAW**

4    The ends of justice served by granting said continuance
5 outweigh the best interest of the public and the defendants in a
6 speedy trial, since the failure to grant said continuance would be
7 likely to result in a miscarriage of justice, and would deny
8 defendant continuity of counsel, taking into account the exercise
9 of due diligence.

10   The continuance sought herein is excludable under the Speedy
11 Trial Act, 18, U.S.C. § 3161(h)(7)(A), when considering the factors
12 under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

**ORDER**

14   IT IS THEREFORE ORDERED that the February 1, 2010 change of
15 plea hearing be vacated and continued to March 8, 2010, at the hour
16 of ~~9:00~~ 10:00 a.m.

17   IT IS SO FOUND AND ORDERED this  26th  day of
18 __January_____, 2010.

_____
HONORABLE
United States



-2-