JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6831
    Facsimile: (415) 436-6982
    E-mail: aaron.wegner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR-09-00079-MHP |
| ) | |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION CONTINUING CHANGE OF PLEA HEARING AND EXCLUDING TIME FROM MARCH 8, 2010 TO MARCH 29, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| ) | |
|    v. ) | |
| ) | |
| TOMAS CASTANEDA, ) | |
| ) | |
|     Defendant. ) | |
| ) | |
| _____ ) | |

     A change of plea hearing is currently set in this matter for March 8, 2010.  The parties are currently engaged in plea negotiations and need further time to attempt to resolve the case.  As part of their negotiations, the parties are discussing a Pre-plea Report that was prepared in this case.  Therefore, the parties request that the Court continue the change of plea hearing until March 29, 2010.  In addition, the parties agree that the additional time requested by this stipulation is excludable in computing time within which the trial here must commence pursuant to the Speedy Trial Act.

///

The parties agree, and the Court finds and holds, as follows:

1. The defendant agrees to an exclusion of time under the Speedy Trial Act from March 8, 2010, through March 29, 2010, based upon the need for effective preparation of counsel and to provide the Probation Office with adequate time to prepare a Pre-Plea Report. The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to March 8, 2010, shall remain preserved.

2. Counsel for the defense believes that the exclusion of time is in his client's best interest.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 8, 2010, through March 29, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

4. Accordingly, and with the consent of the defendant, the Court orders the period from March 8, 2010, through March 29, 2010, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

5. The change of plea hearing scheduled for March 8, 2010 is vacated and continued to March 29, 2010 at 10:00 a.m.

STIPULATED:

DATED: February 24, 2010          /s/
                                  JOHN YZURDIAGA
                                  Attorney for Defendant

DATED: February 24, 2010          /s/
                                  AARON D. WEGNER
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: 2/25/2010



IT IS SO ORDERED
Judge Marilyn H. Patel