JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6831
    Facsimile: (415) 436-6982
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TOMAS CASTANEDA, ) <br> ) <br> Defendant. ) <br> ) | CR-09-00079-MHP <br><br> **STIPULATION CONTINUING SENTENCING DATE** and [~~PROPOSED~~] **ORDER** |

    The United States, through its counsel Aaron Wegner, and defendant Tomas Castaneda, through his counsel John Yzurdiaga, hereby stipulate and agree to reschedule the sentencing date presently scheduled for Monday, June 28, at 2:15 p.m. to August 2, 2010 at 9:00 a.m.

    Good cause for the stipulated request for continuance exists pursuant to 18 U.S.C. § 3161 (h)(8)(A) and 18 U.S.C. § 3161 (h)(8)(B)(iv) on the grounds that defendant, post-plea, elected to "safety valve" pursuant to USSG § 5C1.2(a) (1)-(5).  The parties were not able to schedule the defendant's safety valve interview prior to the current sentencing date of June 28, 2010.  Therefore, additional time

///

1  is required for the parties to complete the safety valve interview.

3  STIPULATED:

DATED: 6/21/2010                              _____/s/_____
                                              JOHN YZURDIAGA
                                              Attorney for Defendant

DATED: 6/21/2010                              _____/s/_____
                                              AARON D. WEGNER
                                              Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and the facts set forth herein, good cause appearing, IT IS HEREBY ORDERED that defendant's sentencing hearing scheduled for June 28, 2010, is vacated and sentencing is continued to 9:00 a.m. on August 2, 2010.

DATED: June 22, 2010

                                              _____
                                              HON. MARILYN H. PATEL
                                              United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation & Order for Continuance
of Sentencing Hearing CR-09-0079-MHP            2